IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

SAMMIE WILLIAM HOOKS and JOAN HOOKS,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

1:14-cv-172

**ORDER**

Presently before the Court is the parties' Consent Stipulation of Voluntary Dismissal with Prejudice. (Doc. 32). Plaintiff has agreed to dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the Court **DISMISSES WITH PREJUDICE** all claims asserted in this matter. The Clerk **SHALL TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and fees.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of October, 2015.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA